19-mj-6266-MPK
19-mj-6267-MPK

# AFFIDAVIT OF JACQLEEN CUNNINGHAM
# IN SUPPORT OF APPLICATION FOR A CRIMINAL COMPLAINT
# AND SEARCH WARRANT

I, Jacqleen Cunningham, having been duly sworn, do hereby depose and state as follows:

## Agent Background

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since June 2010. I have successfully completed a training program in conducting criminal investigations at the Federal Law Enforcement Training Center in Brunswick, Georgia. In 2007, I graduated from Sacred Heart University with a Bachelor of Science degree in Criminal Justice. My current assignment as an HSI Special Agent includes conducting and participating in investigations involving the fraudulent acquisition, production, and misuse of United States immigration documents, United States passports, and various identity documents. Due to my training and experience as well as conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and persons who fraudulently obtain or assume false identities.

2. I am also a member of HSI's Document and Benefit Fraud Task Force ("DBFTF"), a specialized field investigative group comprised of personnel from various local, state, and federal agencies with expertise in detecting, deterring, and

1

19-mj-6266-MPK
19-mj-6267-MPK

disrupting organizations and individuals involved in various types of document, identity, and benefit fraud schemes. The DBFTF is currently investigating suspected aliens who are believed to have obtained stolen identities of United States citizens born in in Puerto Rico. Many of these individuals used the identities to obtain public benefits which they would not otherwise be eligible to receive, including Massachusetts Registry of Motor Vehicles ("RMV") identity documents, social security numbers, and Medicaid.

## Purpose of Affidavit

3. I submit this affidavit in support of an application for a criminal complaint charging Rafael Emilio CRUZ CIPRIAN with false representation of a social security number, in violation of 42 U.S.C. § 408(a)(7)(B), and aggravated identity theft, in violation of 18 U.S.C. § 1028A.

4. I also submit this affidavit in support of an application for a search warrant for the following premises: 351 Essex Street, 4th Floor, Apartment 401, Lawrence, Massachusetts, as described in Attachment A. I have probable cause to believe that this property contains evidence, fruits, and instrumentalities of the crimes identified above, as described in Attachment B.

5. This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all

information that I have learned during this investigation but includes only the information necessary to establish probable cause for the requested complaint and search warrant.

## Probable Cause

### The RMV Application

6. On October 20, 2016, a man purporting to be J.N.S.,[1] appeared in person at the Haverhill branch of the Massachusetts RMV and applied for a Massachusetts driver's license, out of state conversion. On this application, he represented he was J.N.S. with a date of birth of xx/xx/1989[2] and social security number of xxx-xx-4593. He signed the application under penalty of perjury. A photograph was taken during this visit and is stored in the RMV's database.

7. In connection with the application, the purported J.N.S. submitted the following: (a) Puerto Rico driver's license no. xxxx369 bearing a photograph partially obscured by a hologram, in the name J.N.S. and with a date of birth xx/xx/1989; (b) Puerto Rico driver's license no. xxxx369 bearing a clearer

---

[1] The identity of the victim, J.N.S., is known to the government. These initials represent the victim's first name, paternal last name and maternal last name. To protect the victim's privacy, only the initials "J.N.S.," and "J.N." are used in this affidavit to reflect the variations of the victim's full name that were used by CRUZ CIPRIAN.

[2] The date of birth—month, day, and year—listed on the application is the date of birth associated with social security number ("SSN") xxx-xx-4593 and is the victim's birth date. Additionally, all of the supporting Puerto Rican records, including the birth certificate, list the same date of birth as listed on the application. RMV records relating to the application and to the ultimately issued license, however, list a different month of birth, although the day and year are the same. This appears to be an RMV clerical error.

3

photograph, in the name J.N.S. and with date of birth xx/xx/1989; (c) birth certificate for J.N.S., born on xx/xx/1989 in Bayamon, Puerto Rico; and (d) a City of Lawrence 2016 excise tax bill in the name of J.N.S.

8. The RMV file for this transaction also contains a "License/ID Application Status Form" which indicates that the RMV clerk was unable to determine if the person purporting to be J.N.S. was the person described in the documents submitted on that date.

9. On November 2, 2016, a man purporting to be J.N.S. appeared at the Haverhill branch of the Massachusetts RMV and submitted additional supporting documentation for his application for a Massachusetts drivers' license, out-of-state conversion. The applicant was not required to submit a new application during this visit, however, he was re-photographed. I have compared the photographs taken on October 20, 2016, and November 2, 2016, and believe they depict the same person. Massachusetts driver's license Sxxxx2278 was issued on November 2, 2016.

10. An HSI agent obtained a copy of Puerto Rico driver's license xxxx369 from the Puerto Rico Police Department. The license was issued to a woman, with a different date of birth and social security number than that listed on Puerto Rico license xxx369 provided by the purported J.N.S. to the Massachusetts

RMV. I believe the Puerto Rico license presented by the purported J.N.S. was, therefore, altered or fabricated.

### Confirmation of Valid Social Security Number

11. The Social Security Administration ("SSA") has confirmed that social security number xxx-xx-4593 is assigned to J.N.S. One social security card application associated with SSN xxx-xx-4593 was filed at an SSA office in Puerto Rico in 1990.

### MassHealth Records

12. MassHealth is the Massachusetts Medicaid program. According to MassHealth records, an account in the J.N.S. identity, using social security number xxx-xx-4593, exists and has been used as recently as 2019.

### Department of Labor Records

13. Based on information obtained by U.S. Department of Labor, Office of Inspector General ("USDOL-OIG"), W-2 earnings were reported to the Commonwealth of Massachusetts on social security number xxx-xx-4593 for the third quarter of 2017.

### Wire Transfers

14. On multiple occasions between approximately September 2017 and June 2018, an individual identifying himself as J.N.S., with a date of birth of xx/xx/1989[2], wired funds to various places including the Dominican Republic and

Mexico. On one occasion, this individual used Massachusetts license number Sxxxx2278 as a form of identification for a 2017 wire transfer.

## Criminal History

15. On August 4, 2018, Lowell police arrested a man purporting to be J.N.S. on charges of identity theft, giving false name/information to an officer, altering/falsifying motor vehicle documents, giving a false address to a police officer and distribution of a Class A substance. This man provided a Massachusetts license in the name of J.N.S., with date of birth xx/xx/1989. During the encounter, the man purporting to be J.N.S. was asked his birth date and gave one different than what was listed on the Massachusetts license. Based on their investigation, officers did not believe the man was J.N.S., and he was therefore processed as John Doe. A booking photo was taken during the arrest.

16. On March 25, 2019, Massachusetts State Police ("MSP") conducted a traffic stop of a man who identified himself as J.N.S. and who provided Massachusetts license Sxxxx2278. During the stop, the trooper had suspicions that the man was not being truthful about his identity. Among other things, the purported J.N.S. claimed to be from Puerto Rico but the trooper, himself of Dominican descent, believed J.N.S. was speaking with a Dominican accent, not a Puerto Rican accent. The trooper issued the purported J.N.S. a citation for the motor vehicle violation and allowed him to leave.

### Identification of CRUZ CIPRIAN

17. An investigator queried the electronic cedula (national ID card) database for the Dominican Republic and identified Rafael Emilio CRUZ CIPRIAN, date of birth xx/xx/1992, with Dominican Republic cedula number 003-xxxxxxx-9. There is a photo associated with this cedula.

18. As noted, on multiple occasions an individual identifying himself as J.N.S. wired funds to recipients in the Dominican Republic and Mexico. On one occasion, on or about April 3, 2018, the purported J.N.S. wired funds to a recipient identified as Rafael Emilio CRUZ CIPRIAN in Bani, Dominican Republic. The recipient's birth date was listed as xx-xx-1992 and with identification no. 003-xxxxxxx-9, which corresponds to the date of birth and cedula described above.

19. I have compared the following five photographs and I believe they depict the same person: (a) photo from Dominican Republic cedula number 003-xxxxxxx-9 in the name of CRUZ CIPRIAN as discussed in paragraph 17; (b) RMV database photograph taken on or about October 20, 2016 of a Massachusetts driver's license applicant purporting to be J.N.S., as discussed in paragraph 6; (c) RMV database photograph taken on or about November 2, 2016 of a Massachusetts driver's license applicant purporting to be J.N.S., as discussed in paragraph 9; (d) photograph associated with the fraudulent Puerto Rico driver's license submitted to the Massachusetts RMV in the name of J.N.S. as discussed in

paragraph 7; and (e) booking photograph associated with the arrest in the name of J.N.S. in Massachusetts in August 2018 as discussed in paragraph 15. Accordingly, I believe that the applicant for a Massachusetts driver's license in the J.N.S. identity on October 20, 2016, was actually CRUZ CIPRIAN. According to United States Citizenship and Immigration Services ("USCIS") records, CRUZ CIPRIAN is unlawfully present in the United States.

20. I also have examined the photograph associated with Puerto Rico driver's license no. xxxx781 issued to J.N.S. in 2014, with date of birth xx/xx/1989, and social security number xxx-xx-4593. The individual depicted in the five photographs identified in paragraph 19 is not the individual depicted in the photograph associated with the Puerto Rico driver's license xxxx781. I believe Puerto Rico driver's license xxx781 depicts the true J.N.S.

## Search for Identification Documents

21. As of March 27, 2019, the residential address on file with the Massachusetts RMV for driver's license Sxxxx2278 in the name of J.N.S. was 351 Essex Street, 4th Floor, Apartment 401, Lawrence, MA.

22. RMV records also show that on March 21, 2019, a 2006 BMW 325xi was registered in the name of J.N.S., date of birth xx/xx/1989, at an address of 351 Essex Street, 4th Floor, Apartment 401, Lawrence, MA.

23. As noted, on March 25, 2019, MSP conducted a traffic stop of a man purporting to be J.N.S. with date of birth xx/xx/1989 and social security number xxx-xx-4593. The police report listed J.N.S.'s address as "351 Essex Street, 4th, Lawrence, MA."

24. On April 3, 2019, at approximately 10:40 a.m., a Postal Inspector went to the front door of 351 Essex Street, Lawrence, MA, a multiple unit apartment building. The Postal Inspector pressed the call button for Apartment 4A[3] and was admitted inside the front entrance. The Postal Inspector went to the fourth floor and knocked on a door labeled "401." The Postal Inspector asked the woman who answered the door if "J"[4] was present. The woman stated "J" was not home. The Postal Inspector then asked what J's last name was and the woman provided a different last name than J.N.S.

25. On April 9, 2019, at approximately 4:00 p.m., an HSI agent observed a man matching the description of CRUZ CIPRIAN exit the front door of 351 Essex Street and walk down the street. The HSI agent recognized tattoos on the man which resembled those on a booking photograph taken of the purported J.N.S. during the August 2018 arrest by Lowell police. At approximately 5:15 pm, the

---

[3] The call buttons are listed by floor and letter corresponding to the number of units on each floor (e.g., 4A, 4B, etc.) but the apartments themselves are numbered sequentially with the first number indicating the floor (e.g., 401, 402, 403, etc.).
[4] The Postal Inspector said the full first name of the victim J.N.S. during the interaction.

HSI agent observed the same man return in the 2006 BMW 325xi described above. He parked nearby and went into 351 Essex Street. The HSI agent confirmed the man to be the same person as depicted in the photographs described in paragraph 19.

26.  On April 10, 2019, at approximately 4:35 a.m., an HSI agent observed the 2006 BMW 325xi parked in the vicinity of 351 Essex Street.

27.  I know, based on my training and experience, that:

a.  Individuals often keep identification documents and other evidence of identity for long periods – sometimes years – and tend to retain such documents even when they depart a given residence. Such documents include social security cards, passports, tax returns, legal documents, utility bills, phone bills, health insurance or prescription cards, medical records, marriage licenses, family records, scrapbooks, photographs, diplomas and other school records, birth certificates, immunization records, bank records, credit card statements, personal correspondence, and books or mementos on which they have inscribed their names.

b.  Individuals often keep identification documents and other evidence of identity in their residence, in part to ensure the security of these documents and in part to allow for access to these documents when needed.

    c.    In addition, it is common for those who use other persons' identities without authorization to maintain fraudulently obtained identification documents in secure locations within their residence to conceal them from law enforcement authorities; and

    d.    It is common for individuals who use fraudulently obtained identification documents to retain those documents for substantial periods of time so that they can continue to use the fraudulently obtained identities.

28.    All agents participating in the search of the premises described in Attachment A will be informed of the full names represented by the initials that appear in Attachment B.

## Conclusion

29.    Based on the foregoing, I have probable cause to believe that, on or about October 20, 2016, Rafael Emilio CRUZ CIPRIAN:

    a.    falsely represented, with intent to deceive and for any purpose, a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him, in violation of 42 U.S.C. § 408(a)(7)(B); and

    b.    knowingly transferred, possessed, and used, during and in relation to any felony violation enumerated in 18 U.S.C. § 1028A(c), and without lawful

11

authority, a means of identification of another person, in violation of 18 U.S.C. § 1028A.

30.   Based on the forgoing, I have probable cause to believe that evidence, fruits, and instrumentalities of these crimes, as described in Attachment B, are located in the premises described in Attachment A.

Sworn to under the pains and penalties of perjury.

_____
JACQLEEN CUNNINGHAM
Special Agent
Homeland Security Investigations

Subscribed and sworn before me on this 16th day of April, 2019

_____
HONORABLE M. PAGE KELLEY
United States Magistrate Judge

19-mj-6266-MPK
19-mj-6267-MPK

## ATTACHMENT A

## Premises to be Searched

351 Essex Street, 4th Floor, Apartment 401, Lawrence, Massachusetts is a unit in a multi-unit residential building. The front door to the building is made of glass. Once inside the glass door, there is a stairwell which leads to the upstairs apartments. After reaching the fourth floor, there is a door that separates the stairwell from the hallway. After entering this door, the first door on the immediate right is labeled 401. This is the apartment to be searched.



19-mj-6266-MPK<br>
19-mj-6267-MPK

## ATTACHMENT B

### Evidence to be Searched for and Seized

1. The following records, documents, and items referencing Rafael Emilio CRUZ CIPRIAN, J.N.S. and/or J.N.:

   a. Any and all state or other government issued (or apparently issued) identification documents; notes, statements, and/or receipts that reference the same;

   b. Any and all immigration documents, including but not limited to United States or foreign issued (or apparently issued) passports and identification cards;

   c. Any and all documents identifying citizenship, including but not limited to birth certificates; voter registration cards; visas; cedulas; and social security cards;

   d. Any and all documents relating to foreign or domestic travel, including tickets; schedules; itineraries; or receipts; and,

   e. Any and all records or documents evidencing the identity of Rafael Emilio CRUZ CIPRIAN, J.N.S. and/or J.N, including but not limited to employment records; bank records; credit card records; tax records; marriage records; divorce records; baptismal or confirmation

records; land/property/residential rental records; school records; health records; insurance records; records of utilities, phone service, or other services or subscriptions; records of arrests, court proceedings, or other legal proceedings; records of school, training, or counseling; and personal correspondence.

2. Photographs depicting CRUZ CIPRIAN and any photograph album or compilation containing one or more photographs depicting CRUZ CIPRIAN.